BERNARD J. MORAN, Respondent, v. NEW YORK POST, INC., Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 988.] The following question is certified: Did the court at Special Term have power to make the order herein? Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.